IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEUFELD, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER BAUTISTA, et al.,<br><br>    Defendants. | No. C 13-05265 SBA (PR)<br><br>**ORDER DIRECTING PLAINTIFF TO INDICATE WHETHER HE INTENDS TO PURSUE THE ACTION** |

On November 18, 2014, Plaintiff submitted a letter to the Court stating that he has been subject to "reprisals" and is in "fear of [his] life." Dkt. 14. He concludes that, "I'm not even going to continue with 13-5265 SBA." Id.

It is constitutionally impermissible for prison officials to retaliate against a prisoner for engaging in protected conduct, such as pursuing prison grievances. See Rhodes v. Robinson, 408 F.3d 559, 567-68 (9th Cir. 2005) (listing elements of a retaliation claim in the prison context). However, it is unclear from Plaintiff's letter what specifically the "reprisals" consist of, who is engaging in such conduct, or what action motivated the alleged reprisals. To the extent that Plaintiff is claiming that the retaliation is being perpetrated by prison officials in response to his filing of this action, Plaintiff's remedy is to file a new, separate civil complaint after first exhausting his administrative remedies.

With regard to this action, it is unclear whether, notwithstanding the above, Plaintiff desires to voluntarily dismiss the action. Therefore, within **twenty-eight (28) days** of the date this Order is filed, Plaintiff shall submit a statement to the Court indicating whether he

1  desires to continue with this lawsuit.  The failure to timely respond to this Order will be
2  construed as a desire by Plaintiff to voluntarily dismiss the action, without prejudice.
3      IT IS SO ORDERED.
4  DATED: _____8/26/2014_____  _____
5                                                SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

**United States District Court**
For the Northern District of California