IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM NEUFELD, JR., | No. C 13-05265 SBA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CORRECTIONAL OFFICER BAUTISTA, et al., | |
| Defendants. / | |

For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

IT IS ORDERED AND ADJUDGED

That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

DATED: November 11, 2014

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.13\Neufeld5265.jud.wpd